JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS GUSTAFSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 19-cv-02396-AB-KK<br><br>**JUDGMENT**<br><br>Hon. André Birotte, Jr.<br>United States District Judge |

Upon consideration of Defendant United States of America's Motion for Summary Judgment, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, Declarations in Support thereof, and the files and records in this case,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is **GRANTED**. The uncontroverted facts show that Plaintiff cannot establish his medical negligence claim. **JUDGMENT** is hereby entered in favor of Defendant.

DATED: January 5, 2023

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE